No. 72–1718. GASKIN ET AL. *v.* TENNESSEE. Appeal from Sup. Ct. Tenn. dismissed for want of substantial federal question.

No. 73–69. HAULCOMB ET AL. *v.* SOUTH CAROLINA. Appeal from Sup. Ct. S. C. dismissed for want of substantial federal question.